UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HALOUSEK, | No. 2:19-cv-0615 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| ALAN EARL SOUZA, | |
| Defendant. | |

Plaintiff, proceeding pro se, filed this action in April 2019 and sought leave to proceed in forma pauperis ("IFP"). ECF No. 1. On screening, the undersigned issued findings and recommendations that the complaint be dismissed for lack of subject matter jurisdiction, and that IFP status be granted. ECF No. 3. The District Judge issued an order adopting these findings and recommendations, and a judgment of dismissal was entered accordingly. ECF Nos. 6, 7. On June 28, 2019, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. ECF No. 8.

On July 9, 2019, the Ninth Circuit referred the case back to this court for the limited purpose of determining whether plaintiff's IFP status should continue on appeal under 28 U.S.C. § 1915(a)(3). ECF No. 11. For the following reasons, the undersigned concludes that it should not.

Section 1915(a)(3) provides that "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." An appeal is taken in "good faith"

1

for purposes of this provision where it seeks review of at least one issue or claim that is "non-frivolous." Hooker v. American Airlines, 302 F.3d 1091, 1092 (9th Cir. 2002). "In turn, an issue is frivolous if it has 'no arguable basis in fact or law.'" O'Loughlin v. Doe, 920 F.2d 614, 617 (9th Cir. 1990); see Neitzke v. Williams, 490 U.S. 319, 325 (1989).

In her complaint, plaintiff—a California resident—brought suit under two sections of the federal criminal code against a fellow California resident for various physical and emotional injuries. ECF No. 1. The court found that it lacked subject matter jurisdiction because: (1) a private party does not have authority to bring criminal charges; (2) plaintiff did not identify any other federal law as the basis for her claims, which could not be construed as arising under 42 U.S.C. § 1983 because she did not allege that defendant was a state actor or that she was deprived of a federally secured right; and (3) the parties were non-diverse. ECF No. 3. The court can think of no good faith legal or factual argument that plaintiff could raise on appeal to alter this conclusion.

Based upon the foregoing, the court finds the appeal from the dismissal of the action lacks an arguable basis either in law or in fact and is not taken in good faith. 28 U.S.C. § 1915(a)(3).

Accordingly, IT IS HEREBY ORDERED that:

1. The court certifies that this appeal is not taken in good faith and plaintiff's in forma pauperis status is therefore revoked; and

2. The Clerk of the Court is directed to forward a copy of this order to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

DATED: July 12, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE