UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILA HALOUSEK, | No. 2:19-cv-00615-KJM-AC |
| Plaintiff, | |
| v. | ORDER |
| ALAN EARL SOUZA, | |
| Defendant. | |

On June 12, 2019, this court adopted the magistrate judge's findings and recommendations and summarily dismissed this action for lack of federal jurisdiction. ECF No. 6. Shortly thereafter, plaintiff appealed. ECF No. 8. On July 12, 2019, the Ninth Circuit referred this matter to the district court for the limited purpose of determining whether plaintiff's in forma pauperis ("IFP") status should continue through the appeal or whether her IFP status should be revoked because the appeal is frivolous or taken in bad faith. ECF No. 11. That same day, the magistrate judge issued an order performing this task. ECF No. 12. The magistrate judge certified the appeal as taken in bad faith and revoked plaintiff's IFP status on appeal. *Id.* at 2.

On July 31, 2019, having received the magistrate judge's order, the Ninth Circuit determined the magistrate judge lacked authority to issue her order and remanded the matter to this court for the limited purpose of deciding plaintiff's IFP status on appeal. ECF No. 13. In so

1

doing, the Circuit explained that "the district court may treat the magistrate judge's [July] 12, 2019 order as a report and recommendation." *Id.*

Here, as permitted, the court construes the magistrate judge's July 12, 2019 order, ECF No. 12, as a report and recommendation, and, having reviewed the record and the magistrate judge's findings therein, the court ADOPTS the magistrate judge's findings in full. Pursuant to 28 U.S.C. § 1915(a)(3), plaintiff's appeal is not taken in good faith because the issues contained in plaintiff's underlying complaint have "no arguable basis in fact or law." *O'Loughlin v. Doe*, 920 F.2d 614, 617 (9th Cir. 1990) (citation omitted).

Accordingly:

1. Plaintiff's appeal is not taken in good faith and plaintiff's in forma pauperis status is therefore revoked; and
2. The Clerk of the Court is directed to forward a copy of this order to the Ninth Circuit.

IT IS SO ORDERED.

DATED: August 9, 2019.

UNITED STATES DISTRICT JUDGE